Ove Lange, Respondent, Appellant, v. William D. Dickey, Appellant.— Order affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

George J. Gould, Appellant, v. Howard Gould, Impleaded with Katherine C. Gould, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Florence Stone, Respondent, v. Moapa Realty Company, Appellant.— Order modified by requiring plaintiff to give an additional bond in the sum of $500 to pay any judgment which may be obtained against her for rent for the term of the hiring, and as so modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Scott, J., dissented, and voted for reversal. Order to be settled on notice.

John F. Hitchcock, Appellant, v. Edward Earl, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Charles M. Levy, Respondent, v. Edmund S. Burwell, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Ruth M. Gimbernat, Respondent, v. Jules R. Gimbernat, Appellant.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of the Addition to Bronx Park, etc. Joseph J. Marrin and Others, Commissioners of Estimate, Appellants. In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of the Addition to Bronx Park, etc. Joseph J. Marrin and Others, Commissioners of Estimate, Appellants.— Orders affirmed, with ten dollars costs and disbursements, on the ground that no case was presented for the granting of an extra allowance, without passing upon the question of the power of the court under the statute.* Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Dowling, J., dissented.

* See Greater N. Y. Charter (Laws of 1897, chap. 378; Laws of 1901, chap. 466), § 998, as amd. by Laws of 1903, chap. 536; Laws of 1904, chap. 736, and Laws of 1906, chap. 658, §§ 22, 33,—[REP.